PETER M. HART (SBN 107920)
LECLAIRRYAN LLP
44 Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 391-7111
Facsimile:  (415) 391-8766

MATTHEW J. RUGGLES (CA 173052)
LECLAIRRYAN LLP
400 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone:  916.246.1140
Facsimile:   916.449.9694
matthew.ruggles@leclairryan.com

Attorneys for Defendant
BRITISH AIRWAYS, PLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL,<br><br>          Plaintiff,<br><br>     v.<br><br>EXPEDIA TRAVEL, BRITISH AIRWAYS AND DOES 1 THROUGH 5,<br><br>          Defendants. | Case No.<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>(Sacramento County Superior Court Case No. 34-2016-00189577) |

NOTICE OF REMOVAL

**NOTICE OF REMOVAL**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that Defendant BRITISH AIRWAYS PLC, pursuant to 28 U.S.C. §§ 1332, 1441(a) and 1441(b), *et seq.*, respectfully submits this Notice of Removal of a case from the Superior Court of California for the County of Sacramento, bearing Case No. 34-2016-00189577, and as grounds for this removal allege as follows:

**JURISDICTION**

1.  This Court has original jurisdiction over this matter pursuant to 28 U.S.C. sections 1332 and 1441(b) because this is an action between Plaintiff, a citizen of the State of California, and Defendant British Airways, PLC, a corporation duly created and organized under the laws of the United Kingdom, with its principal place of business located at JFK International Airport, Terminal 7, Building 59, New York City, New York.  Likewise, Defendant Expedia, Inc. is a corporation duly created and organized under the laws of the State of Washington, with its principal place of business in Bellevue, Washington.  Finally, the amount in controversy in this matter exceeds $75,000.00 because Plaintiff alleges damages in the Complaint in the amount of $200,000.00.  [Complaint, ¶ 10(a)]

**PLEADINGS**

2.  On or about January 25, 2016, Plaintiff filed an action in the Superior Court of California for the County of Sacramento, bearing Case No. 34-2016-00189577, entitled <u>Jean Marc Van den Heuvel v. Expedia Travel and British Airways PLC, et al.</u>  A true and correct copy of the Complaint is attached hereto as Exhibit A.

3.  Defendant BRITISH AIRWAYS, PLC has not been served with a copy of the Complaint.  However, Defendant is informed and believes and on that basis states that the Complaint is the only pleading in the state court docket at this time.

**TIMELINESS OF REMOVAL**

4.  As of the date of this Notice of Removal, Defendant has not been formally served with a copy of the Complaint, and has not been served with a Summons.

NOTICE OF REMOVAL

5. As such, this notice and petition is timely filed within the provisions of 28 U.S.C. § 1446 in that Defendant has effected removal within thirty (30) days of receipt by it of a paper from which it could first be ascertained that this action is removable. See 28 U.S.C. § 1446.

## **DIVERSITY JURISDICTION**

6. This Court has original jurisdiction under the provisions of 28 U.S.C. §§ 1332 and 1441(b). This Court has subject matter jurisdiction over Plaintiff's Complaint by virtue of diversity of citizenship and satisfaction of the amount in controversy requirement of 28 U.S.C. § 1332. Specifically, this matter involves a controversy between citizens of different states:

    a. Defendant British Airways, PLC is informed and believes and on that basis states that Plaintiff is currently, and was at the commencement of this action, a citizen and resident of the State of California.

    b. At the time this action was filed, Defendant British Airways, PLC was a corporation duly created and organized under the laws of the United Kingdom with its principal place of business located at 2 Park Avenue, Suite 1100, New York City, New York, 10016. Defendant British Airways, PLC is not, and was not, a corporation created and/or organized under the laws of California, and did not have its principal place of business in California at the time this action was filed.

    c. At the time this action was filed, Defendant British Airways, PLC is informed and believes and on that basis alleges that Defendant Expedia, Inc. is a corporation duly created and organized under the laws of the State of Washington, with its principal place of business in Bellevue, Washington. Defendant British Airways, PLC is informed and believes and on that basis alleges that Defendant Expedia, Inc. is not, and was not, a corporation created and/or organized under the laws of the State of California, and did not have its principal place of business in California at the time this action was filed. Defendant British Airways, PLC alleges that Defendant Expedia, Inc. has not yet been formally served with a copy of the Complaint; however, Defendant Expedia, Inc. consents to removal of this action to the District Court.

    d. As of the time of the filing of this notice and petition of removal, the facts set forth in paragraphs 6(b) and 6(c) regarding the citizenship of Defendant remained unchanged.

NOTICE OF REMOVAL

**AMOUNT IN CONTROVERSY**

7. The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. As set forth in the Complaint, Plaintiff expressly seeks compensatory damages in the amount of $200,000.00. [Complaint, ¶ 10(a)]

8. Venue properly lies with this Court pursuant to 18 U.S.C. § 1031 and 28 U.S.C. §§ 1441(a) and 1446(a) as this action is presently pending in Sacramento County Superior Court.

9. Upon filing this Notice, a copy of this Notice will be served on Plaintiff's attorney. A copy of this Notice will also be filed with the clerk of the Superior Court of California, County of Sacramento pursuant to 28 U.S.C. § 1446(d).

**WHEREFORE**, the Court and parties will please take notice that *Jean Marc Van den Heuvel v. Expedia Travel, et al.,* Superior Court for the State of California for the County of Sacramento, is removed to this Court.

Dated: March 17, 2016         LECLAIRRYAN LLP

By: ⎯⎯/s/ Matthew J. Ruggles⎯⎯
         Matthew J. Ruggles

Attorneys for Defendant
BRITISH AIRWAYS, PLC

EXHIBIT A

**PLD-C-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* <br> Jean Marc Van den Heuvel Pro-se <br> 4131 Zdolsek Place, <br> Greenwood, CA. 95635 <br> TELEPHONE NO: 530-346-7776   FAX NO. *(Optional):* <br> E-MAIL ADDRESS *(Optional):* jeanmarc57@juno.com <br> ATTORNEY FOR *(Name):* Pro-se | FOR COURT USE ONLY <br><br> **FILED** <br> Superior Court Of California, <br> Sacramento <br> 01/25/2016 <br> sgouvea <br> By_____, Deputy <br> Case Number: <br> **34-2016-00189577** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS: 720 Ninth Street room 102
CITY AND ZIP CODE: Sacramento, CA. 95814-1380
BRANCH NAME:

PLAINTIFF: Jean Marc Van den Heuvel

DEFENDANT: Expedia Travel and British Airways

☐ DOES 1 TO 5

**CONTRACT**
☑ **COMPLAINT**   ☐ **AMENDED COMPLAINT** *(Number):*
☐ **CROSS-COMPLAINT**   ☐ **AMENDED CROSS-COMPLAINT** *(Number):*

Jurisdiction *(check all that apply):*
☐ **ACTION IS A LIMITED CIVIL CASE**
   Amount demanded ☐ does not exceed $10,000
                    ☐ exceeds $10,000 but does not exceed $25,000
☑ **ACTION IS AN UNLIMITED CIVIL CASE** (exceeds $25,000)
☐ **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

CASE NUMBER:

1. **Plaintiff*** *(name or names):*
   Jean Marc Van den Heuvel
   alleges causes of action against **defendant*** *(name or names):*
   Expedia Travel and British Airways
2. This pleading, including attachments and exhibits, consists of the following number of pages: 2
3. a. Each plaintiff named above is a competent adult
   ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ other *(specify):*

   b. ☐ Plaintiff *(name):*
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*
      b. ☐ has complied with all licensing requirements as a licensed *(specify):*
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
   ☑ except defendant *(name):* Expedia/British Air       ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown          (1) ☐ a business organization, form unknown
      (2) ☑ a corporation                                   (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*          (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*                   (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*                              (5) ☐ other *(specify):*

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

PLD-C-001

| SHORT TITLE: Jean Marc Van den Heuvel vs. Expedia | CASE NUMBER: |
|---|---|

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) [✓] Doe defendants *(specify Doe numbers):* 1 through 5 were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) [ ] Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.
   c. [ ] Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. [✓] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*
      Expedia Travel/British Airways

5. [ ] Plaintiff is required to comply with a claims statute, **and**
   a. [ ] has complied with applicable claims statutes, *or*
   b. [ ] is excused from complying because *(specify):*

6. [ ] This action is subject to [ ] Civil Code section 1812.10 [ ] Civil Code section 2984.4.

7. This court is the proper court because
   a. [✓] a defendant entered into the contract here.
   b. [ ] a defendant lived here when the contract was entered into.
   c. [ ] a defendant lives here now.
   d. [✓] the contract was to be performed here.
   e. [ ] a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. [ ] real property that is the subject of this action is located here.
   g. [✓] other *(specify):*
      Medical

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

   [✓] Breach of Contract

   [ ] Common Counts

   [✓] Other *(specify):*
   False advertisements, criminal acts of cruelty, deception of persons, as victims to unfair conditions

9. [✓] Other allegations:
   Bank funds theft with credit card #4185390921455709

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. [✓] damages of: $200,000.00
    b. [ ] interest on the damages
       (1) [ ] according to proof
       (2) [ ] at the rate of *(specify):* percent per year from *(date):*
    c. [ ] attorney's fees
       (1) [ ] of: $
       (2) [ ] according to proof.
    d. [✓] other *(specify):*
       court rendered judgement

11. [ ] The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: January 21, 2016

Jean Marc Van den Heuvel
(TYPE OR PRINT NAME)

▶ /s/ *(signature)*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007] **COMPLAINT—Contract** Page 2 of 2