1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL,<br><br>  Plaintiff,<br><br>  v.<br><br>EXPEDIA TRAVEL, BRITISH AIRWAYS AND DOES 1 THROUGH 5,<br><br>  Defendants. | Case No. 2:16-CV-00567-JAM-AC<br><br>**STIPULATION FOR DISMISSAL AND ORDER**<br><br>[FRCP 41]<br><br>Complaint Filed:   January 25, 2016<br><br>Trial Date:           None set |

STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Jean Mac Van Den Heuvel and Defendant British Airways, PLC hereby agree and stipulate as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Second Amended Complaint should be dismissed with prejudice as to Defendant British Airways, PLC only (and not as to Defendant Expedia, which shall remain as a defendant in the case), with each side to bear its own respective attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: August 24, 2016         By:___/s/_____
                                                JEAN MARC VAN DE HEAVEL
                                                Plaintiff In Pro Per


Dated: August 24, 2016         LECLAIRRYAN, LLP


                                              By:___/s/_____
                                                    MATTHEW J. RUGGLES

                                              Attorneys for Defendant
                                              BRITISH AIRWAYS, PLC

## **ORDER**

Pursuant to the foregoing Stipulation for Dismissal with Prejudice, IT IS SO ORDERED.

Dated: _8/25/2016                         /s/ John A. Mendez_____
                                                     U.S. DISTRICT COURT JUDGE