UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL, | No. 2:16-cv-0567 JAM AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| EXPEDIA TRAVEL, et al., | |
| Defendants. | |

    Pending before the undersigned is plaintiff's motion for default judgment against defendant Expedia Travel. ECF No. 22. However, (1) the Clerk of the Court denied plaintiff's request for default (ECF Nos. 21, 24); and (2) Expedia has appeared and moved for dismissal of this case (ECF No. 29).

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for default judgment (ECF No. 22) is DENIED.

DATED: March 28, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE