UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL,<br><br>Plaintiff,<br><br>v.<br><br>EXPEDIA TRAVEL, et al.,<br><br>Defendants. | No. 2:16-cv-0567 JAM AC (PS)<br><br><br><br>ORDER |

Plaintiff is proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On June 2, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty one days. ECF No. 48. Defendant Expedia Travel ("Expedia") has filed objections to the findings and recommendations. ECF No. 51.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 2, 2017 are adopted in full; and

2. Defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), or in the alternative pursuant to Fed. R. Civ. P. 12(b)(5), is denied.

DATED: August 3, 2017

                                                                <u>John A. Mendez                    </u>
                                                                UNITED STATES DISTRICT COURT JUDGE