UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPEDIA TRAVEL,<br><br>　　　　Defendant. | No. 2:16-cv-00567-JAM-AC<br><br><br>ORDER |

  The court has received several letters from the pro se plaintiff regarding his incarceration. ECF Nos. 55, 56, 57, 59. The letters reflect plaintiff's assumption that no action will be taken in his case until he is no longer incarcerated. ECF No. 57 at 3. This is not the case; individuals in prison or jail regularly litigate in federal court, and this case will not be delayed due to plaintiff's incarceration.

  However, under the circumstances, the court will not conduct an in-person status conference to determine the case schedule. Instead, the parties are each ORDERED to independently submit proposed schedules to the court within 14 days of the date of this order, and the court will issue a scheduling order on the papers. See Local Rule 240. The proposed schedules should address the following matters:

  a. Service of process;

  b. Possible joinder of additional parties;

  c. Any expected or desired amendment of the pleadings;

| | |
|---|---|
| d. | Jurisdiction and venue; |
| e. | Anticipated motions and their scheduling; |
| f. | The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses; |
| g. | Future proceedings, including setting appropriate cut−off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial; |
| h. | Special procedures, if any; |
| i. | Estimated trial time; |
| j. | Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings; |
| k. | Whether the case is related to any other cases, including bankruptcy; |
| l. | Whether a settlement conference should be scheduled; |
| m. | Whether counsel will stipulate to the magistrate judge assigned to this matter acting as settlement judge and waiving disqualification by virtue of her so acting, or whether they prefer to have a settlement conference before another judge; and |
| n. | Any other matters that may add to the just and expeditious disposition of this matter. |

It is therefore ORDERED that the parties will submit proposed case schedules to this court within 14 days of this order.

DATED: September 12, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE