UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL,<br><br>Plaintiffs,<br><br>v.<br><br>EXPEDIA TRAVEL,<br><br>Defendant. | No. 2:16-cv-00567-JAM-AC<br><br><br><br>ORDER |

The court is in receipt of defendant's Motion to Compel Arbitration, currently set for hearing on October 25, 2017. ECF No. 63. As the court has previously acknowledged, plaintiff is currently incarcerated. ECF No. 60. Due to plaintiff's incarceration, the court will hear defendant's motion on the papers; plaintiff should file his opposition or statement of non-opposition to the motion in writing, and defendant should submit its reply in writing.

The court hereby ORDERS:

1. The October 25, 2017 hearing on defendant's motion to compel (ECF No. 65) is VACATED; and
2. Plaintiff shall respond to defendant's motion or file a statement of non-opposition by October 11, 2017. Defendant's reply brief is due October 18, 2017.

DATED: September 27, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE