UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL, | No. 2:16-cv-00567-JAM-AC |
| Plaintiffs, | |
| v. | ORDER |
| EXPEDIA TRAVEL, | |
| Defendant. | |

The court is in receipt of defendant's Motion to Compel Arbitration. ECF No. 63. This court previously ordered the motion to be heard on the papers, without an in-person hearing. ECF No. 64. Plaintiff was given until October 11, 2017 to file an opposition to defendant's motion or to file a statement of non-opposition. Id. Plaintiff has not made any filing. The court will extend plaintiff's time to file an opposition or statement of non-opposition; if no opposition or statement of non-opposition is filed, the court will construe such failure to file as plaintiff's non-opposition to the motion.

The court hereby ORDERS:

1. Plaintiff shall respond to defendant's motion or file a statement of non-opposition by October 25, 2017. Defendant's reply brief is due November 1, 2017.

////

////

1

2. Plaintiff's failure to file a statement of opposition or non-opposition on or before October 25, 2017 will be construed as his non-opposition to defendant's motion.

IT IS SO ORDERED.

DATED: October 12, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE